**No. 47411.**—Protest 58758–K of Mason Bros. & Tarlin (Boston).

Opinion by DALLINGER, J. In accordance with stipulation of counsel entered into at the hearing, the Christmas-tree bulbs in question were held properly taxable at ¾ of 1 cent per pound as claimed.